IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES,**

**Plaintiff,**

**v.**

**JAMES BOSWELL and**
**MARY BOSWELL,**

**Defendants.**                                             **No. 05-CR-30217-DRH**

**ORDER**

**HERNDON, District Judge:**

      Before the Court are the motions of Defendants James Boswell and Mary Boswell ("Defendants") to continue the trial date in the above-captioned matter. (Docs. 16, 17.) This matter is currently set to go to trial on March 13, 2006. The Court, being fully advised in the premises, finds that the trial should be postponed, as counsel for both Defendants was only recently appointed. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)** the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendants in a speedy trial. Therefore, the Court **GRANTS** Defendants' motions to continue (Docs. 16, 17), and **CONTINUES** the trial until June 12, 2006. The time from the

date the motions were filed (March 3, 2006) until the date on which trial is rescheduled (June 12, 2006) is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 7th day of March, 2006.

<u>/s/         David   RHerndon</u>
**United States District Judge**